# UNITED STATES BANKRUPTCY COURT
## JUDICIAL DISTRICT OF PUERTO RICO
### SOUTHWESTERN

RECEIVED AND FILED
CASHIER 3

03 OCT -9 PM 4: 43

BANKRUPTCY COURT
FOR THE DISTRICT OF
PUERTO RICO

03-11171

Chapter 7

In re:
ERICK RAFAEL RENTAS - SANTIAGO
Social Security No.: 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
RAQUEL MERCEDES TORRES - RODRIGUEZ
Social Security No.: 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
Debtors

Case Number: _____

## NOTICE OF FILING PETITION IN BANKRUPTCY
## UNDER CHAPTER 7 AND OF AUTOMATIC STAY OF SUITS

You are hereby notified that the above mentioned debtor(s) has filed a petition under Title 11, United States Code, Chapter 7 on    OCT 0 9 2003

Pursuant to the provisions of 11 USC 362, the filing of the petition by the above nemed debtor operates as a Stay of the commencement or continuation of any Court or other proceeding against the debtor, or the enforcment of any judgement against him, of any act or the commencement or continuation of any Court proceeding commenced for the purpose of rehabilitation of the debtor or the liquidation of his estate.

This notice is sent to you by order of the United States Bankruptcy Judge.

San Juan, Puerto Rico, this    OCT 0 9 2003



**CELESTINO MATTA-MENDEZ**
*Clerk*

By: _____

# United States Bankruptcy Court
## JUDICIAL DISTRICT OF PUERTO RICO
### SOUTHWESTERN



**VOLUNTARY PETITION**

| Name of Debtor - (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **RENTAS - SANTIAGO, ERICK RAFAEL** | **TORRES - RODRIGUEZ, RAQUEL MERCEDES** |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| **None** | **None**  03-11171 |

| Soc. Sec./Tax I.D. No. (if more than one, state all): | Soc. Sec./Tax I.D. No. (if more than one, state all): |
|---|---|
| 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 | 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 |

| Street Address of Debtor (No. & Street, City, State & Zip Code): | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
|---|---|
| URB SAN MARTIN | URB SAN MARTIN |
| B 7 CALLE 1 | B 7 CALLE 1 |
| JUANA DIAZ, PR  00795 | JUANA DIAZ, PR  00795 |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| PO BOX 665 | PO BOX 665 |
| JUANA DIAZ, PR  00795 | JUANA DIAZ, PR  00795 |

| Location of Principal Assets of Business Debtor: (if different from address listed above) | Attorney for Debtor: |
|---|---|
| | Amado A. Pereira-Santiago          USDC # 127014 |
| | Amado A. Pereira law Office |
| | PO BOX 10779 |
| | Ponce, PR  00732-0779      Tel: (787) 843-8406 |
| | Fax: (787) 843-8406 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | |
|---|---|---|---|
| [X] Individual(s) | [ ] Railroad | [X] Chapter 7      [ ] Chapter 11      [ ] Chapter 13 | |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9      [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case Ancillary to Foreign Proceeding | |
| [ ] Other | | | |

| Nature of Debt (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| [X] Consumer/Non-Business | [ ] Business | [X] Full filing fee attached |

**Chapter 11 Small Business (Check all boxes that apply)**

[ ] Debtor is a small business as defined in 11 U.S.C. § 101.

[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional)

[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**THIS SPACE FOR COURT USE ONLY**

**Statistical/Administrative Information  (Estimates only)**

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.

[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

## Voluntary Petition

(This page must be completed and filed in every case.)

**Name of Debtor(s):**
ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES
TORRES - RODRIGUEZ

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheets)

| Location Where Filed: | Case Number | Date Filed |
|---|---|---|
| PUERTO RICO DISTRICT | 00-09492 GAC | 17-Aug-02 |

### Pending Bankruptcy Case Filed By Any Spouse, Partner Or Affiliate Of This Debtor (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date Filed |
|---|---|---|
| None | | |
| **District** | **Relationship** | **Judge** |
| | | |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 and 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

OCTOBER 07 - 2003
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

Amado A. Pereira-Santiago     USDC # 127014
Printed Name of Attorney for Debtor(s)

Amado A. Pereira law Office
Firm Name

PO BOX 10779
Ponce, PR 00732-0779
Address

(787) 843-8406          (787) 843-8406
Telephone Number          Fax Number

OCTOBER 07 - 2003
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____     Oct - 07 - 03
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this petition.

☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address          Telephone Number

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## JUDICIAL DISTRICT OF PUERTO RICO
### SOUTHWESTERN

In re:

ERICK RAFAEL RENTAS - SANTIAGO
Social Security No.: 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
RAQUEL MERCEDES TORRES - RODRIGUEZ
Social Security No.: 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

Debtors

Chapter 7

Case Number: _____

## List of Creditors

ALMACEN BELFORD
RAMIREZ
C/O LCDO DARIO PADIN
MIMOSO
PO BOX 195337
SAN JUAN, PR 00919-5337

AMERICAN EXPRESS
PO BOX 114
NEWARK, NJ 07101-1270

AMPA FOOD SALES INC
PO BOX 8991
PONCE, PR 00732

BALLESTER HERMANOS
C/O LCDO DARIO PADIN
MIMOSO
PO BOX 195337
SAN JUAN, PR 00919-5337

BANCO POPULAR
CARD PRODS DIVISION
PO BOX 70100
SAN JUAN, PR 00936

BANCO POPULAR
CARD PRODS DIVISION
PO BOX 70100
SAN JUAN, PR 00936

BANCO POPULAR DE PR
(MORTGAGES)
P O BOX 362708
SAN JUAN, PR 00936-2708

BANCO POPULAR DE PR
(MORTGAGES)
P O BOX 362708
SAN JUAN, PR 00936-2708

BANCO SANTANDER
GPO BOX 362589
SAN JUAN, PR 00936-2589

BEEPERS TELEFONICA
PO BOX 70366
SAN JUAN, PR 00936

BFI OF PONCE INC
PO BOX 7104
PONCE, PR 00732

BISMARK TRADING INC
PO BOX 192198
HATO REY, PR 00919

BORDE PUERTO RICO
C/O LCDO PADIN MOMOSO
PO BOX 195337
SAN JUAN, PR 00919-5337

CERVECERIA INDIA INC
C/O LCDO PADIN MIMOSO
PO BOX 195337
SAN JUAN, PR 00919-5337

COCA COLA PUERTO RICO
C/O LCDO PADIN MOMOSO
PO BOX 195337
SAN JUAN, PR 00919-5337

COLOMER & SUAREZ INC
PO BOX 30081
PONCE, PR 00734-0081

COOP JUANA DIAZ
BOX 1439
JUANA DIAZ, PR 00795-1439

COOP JUANA DIAZ
BOX 1439
JUANA DIAZ, PR 00795-1439

CORP FONDO DEL SEGURO
DEL ESTADO
PO BOX 365028
SAN JUAN, PR 00936-5028

DEBT MANAGEMENT SERV
CENTER (TRFM)
PO BOX 830794
BIRMINGHAM, AL 35283-0794

DEPARTAMENTO DE
HACIENDA
PO BOX 9022501
SAN JUAN, PR 00902-2501

DEPARTAMENTO DE
HACIENDA
PO BOX 9022501
SAN JUAN, PR 00902-2501

DEPTO DEL TRABAJO
EDIF PRUDENCIO MARTINEZ
505 AVE M RIVERA
HATO REY, PR 00918

EDWIN COLON  "COLMADO
COLON"
52 CALLE MUÑOZ RIVERA
VILLALBA, PR 00766

EFRAIN NUÑEZ INC
PO BOX 191478
SAN JUAN, PR 00919-1478

EMPRESAS MALDONADO
PO BOX 851
JUANA DIAZ, PR 00795

ENRIQUE ZANCHEZ
MALDONADO
C/O GARAGE TEXACO
CALLE PRINCIPAL URB LA
VEGA
VILLALBA, PR 00766

EUROBANK
PO BOX 5447
HATO REY, PR 00919

FCNB PREFERRED CHARGE
PO BOX 2650
PORTLAND, OR 97208

GARAGE MARTINEZ
PO BOX 1413
JUANA DIAZ, PR 00795

HELAPAN
BOX 362213
SAN JUAN, PR 00936-2213

IRS
MERCANTIL PLAZA  10TH
FLOOR
2 PONCE DE LEON PDA 27 1/2
SAN JUAN, PR 00919-5369

ISLAND FINANCE CORP
PO BOX 195369
SAN JUAN, PR 00919-5369

ISLAND FINANCE CORP
PO BOX 195369
SAN JUAN, PR 00919-5369

J C PENNEYS
P O BOX 364788
SAN JUAN, PR 00936-4788

JEWELERS FIN SER ZALE
CORP
PO BOX 9722
GRAY, TN 37615-9722

JOSE A. RODRIGUEZ
PO BOX 10141
PONCE, PR 00732

JOSE A. RODRIGUEZ CINTRON
115 A. CALLE COMERCIO
JUANA DIAZ, PR 00795

JULIAN TIRE SERVICE
C 100
COTO LAUREL, PR 00780

KOOLIE DE PR
PO BOX 363341
SAN JUAN, PR 00936-3341

KWAN WONG
72 CALLE COMERCIO
JUANA DIAZ, PR 00795

LUIS MARRERO
URB LAS DELICIAS
H1 VIVAS VALDIVIESO
PONCE, PR 00731

MAYA FOOD SERVICE INC
PO BOX 3927
SAN JUAN, PR 00902

MELENDEZ ICE PLANT
PO BOX 993
COTO LAUREL, PR 00780

MENDEZ & CO INC
C/O LCDO PADIN MIMOSO
PO BOX 195337
SAN JUAN, PR 00919-5337

MUNICIPIO DE JUANA DIAZ
JUANA DIAZ, PR 00795

PAS ADVERRTISING
LA RAMBLA
307 MARGINAL SUITE 372
PONCE, PR 00731

PED FOOD DISTRIBUTORS INC
C/O LCDO PADIN MIMOSO
PO BOX 195337
SAN JUAN, PR 00919-5337

PEPSI COLA DE PR BOTTLING
CO
PO BOX 191709
SAN JUAN, PR 00919-1709

POETA LUMBER
PO BOX 927
JUANA DIAZ, PR 00795

PUERTO RICO TELEPHONE CO
PO BOX 360998
SAN JUAN, PR 00936-0998

PURATOS
PO BOX 919
CAROLINA, PR 00984-1949

RED STAR DE PR
PO BOX 3428
CAROLINA, PR 00984-3428

SEARS
PAYMENT CENTER PR
PO BOX 105491
ATLANTA, GA 30348-5491

STATE CHEMICAL SALES CO
PO BOX 29474
RIO PIEDRAS, PR 00919-5337

SUIZA DAIRY
C/O LCDO PADIN MIMOSO
PO BOX 195337
SAN JUAN, PR 00919-5337

TAINO PAPER
PO BOX 1047
BAYAMON, PR 00960-1047

THE ASSOCIATES FINANCE
DEPTO DE QUIEBRAS  111
CARR 174
SUITE 2 MINILLAS IND PARK
BAYAMON, PR 00959-1910

TROPIC JUICE
1 AVE FLAMBOYAN
COTO LAUREL, PR 00780

TROPIGAS DE PR
PO BOX 11427
SAN JUAN, PR 00910-2527

V. SUAREZ & CO
C/O LCDO PADIN MIMOSO
PO BOX 195337
SAN JUAN, PR 00919-5337

Date: Tuesday, October 07, 2003

Amado A. Pereira-Santiago
Attorney for Debtors
Amado A. Pereira law Office
PO BOX 10779
Ponce, PR 00732-0779

In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Case No.

Chapter    7

Social Security No.:    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
                        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

Debtors

# SCHEDULE  A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | Total: | | |

0    continuation sheet(s) attached

In re: **ERÌCK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Social Security No.: 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
                       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
Debtors

Case No.

Chapter   7

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD GOODS & FURNITURE | J | $1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING | J | $600.00 |
| 7. Furs and jewelry. | | JEWELRY | J | $500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |

2    continuation sheet(s) attached

In re: ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES
TORRES - RODRIGUEZ

Case No.

Chapter    7

Social Security No.:    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
                        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

Debtors

# SCHEDULE  B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles. | X | | | |

_1_    continuation sheet(s) attached



In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Social Security No.: **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**

Debtors               **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**

Case No.

Chapter    **7**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | X | | | |
| 27.  Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28.  Inventory. | X | | | |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. Itemize. | X | | | |

<u>  0  </u>    continuation sheet(s) attached                          Total  ⇨  | $2,100.00

In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Case No.

Chapter   7

Social Security No.:   **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**

Debtors          **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**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

[X]  11 U.S.C. 522(b)(1)    Exemptions provided in 11 U.S.C. 522(d). Note: These exemptions are available only in certain states.

[ ]  11 U.S.C. 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| HOUSEHOLD GOODS & FURNITURE | 11 USC § 522(d)(3) | $1,000.00 <br> Claimed By:   Both | $1,000.00 |
| CLOTHING | 11 USC § 522(d)(3) | $600.00 <br> Claimed By:   Both | $600.00 |
| JEWELRY | 11 USC § 522(d)(4) | $500.00 <br> Claimed By:   Debtor | $500.00 |

 0   continuation sheet(s) attached



In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Social Security No.: 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
Debtors        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

Case No.

Chapter    7

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| (Total of this page) Subtotal ⇒ | | $0.00 |
| Total ⇒ | | $0.00 |

  0   continuation sheet(s) attached



In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Social Security No.: **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**

Debtors **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**

Case No.

Chapter **7**

# SCHEDULE  E -  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Repeat this total also on the Summary of Schedules.

[X]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITIES (Check the appropriate box(s) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to a maximum of $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, maintenance or support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*\* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

0  continuation sheet(s) attached



In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Case No.

Chapter 7

Social Security No.: 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
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

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus , Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>ALMACEN BELFORD RAMIREZ<br>C/O LCDO DARIO PADIN MIMOSO<br>PO BOX 195337<br>SAN JUAN, PR 00919-5337 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $443.00 |
| Account No: 372686192601009<br>AMERICAN EXPRESS<br>PO BOX 114<br>NEWARK, NJ 07101-1270 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT CARD PURCHASES | | | | $712.00 |
| Account No: D-1805<br>AMPA FOOD SALES INC<br>PO BOX 8991<br>PONCE, PR 00732 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $311.00 |
| Account No: 40-45-19517<br>BALLESTER HERMANOS<br>C/O LCDO DARIO PADIN MIMOSO<br>PO BOX 195337<br>SAN JUAN, PR 00919-5337 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $306.00 |
| Account No: 4549160566149011<br>BANCO POPULAR<br>CARD PRODS DIVISION<br>PO BOX 70100<br>SAN JUAN, PR 00936 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT CARD PURCHASES | | | | $4,896.00 |
| Account No: 500139081346289 2<br>BANCO POPULAR<br>CARD PRODS DIVISION<br>PO BOX 70100<br>SAN JUAN, PR 00936 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT CARD PURCHASES | | | | $2,684.00 |
| Account No: 08998019002<br>BANCO POPULAR DE PR (MORTGAGES)<br>P O BOX 362708<br>SAN JUAN, PR 00936-2708 | | J | Date Incurred:<br>Consideration for Claim:<br>COMMERCIAL LOAN | | | | $12,000.00 |
| | | | (Total of this page) Subtotal ⇒ | | | | $21,352.00 |
| | | | Total ⇒ | | | | N/A |

7 continuation sheet(s) attached



In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Case No.

Chapter    7

Social Security No.:    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
                  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

Debtors

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: 08998019801<br>BANCO POPULAR DE PR  (MORTGAGES)<br>P O BOX 362708<br>SAN JUAN, PR  00936-2708 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT LINE | | | | $15,000.00 |
| Account No: 4506820030023768<br>BANCO SANTANDER<br>GPO BOX 362589<br>SAN JUAN, PR  00936-2589 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT CARD PURCHASES | | | | $4,718.00 |
| Account No:<br>BEEPERS TELEFONICA<br>PO BOX 70366<br>SAN JUAN, PR  00936 | | J | Date Incurred:<br>Consideration for Claim:<br>Utility bills | | | | $2,321.00 |
| Account No: 000142 D<br>BFI OF PONCE INC<br>PO BOX 7104<br>PONCE, PR  00732 | | J | Date Incurred:<br>Consideration for Claim:<br>Utility bills | | | | $1,372.00 |
| Account No: 3715<br>BISMARK TRADING INC<br>PO BOX 192198<br>HATO REY, PR  00919 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $763.00 |
| Account No: 61720<br>BORDE PUERTO RICO<br>C/O LCDO PADIN MOMOSO<br>PO BOX 195337<br>SAN JUAN, PR  00919-5337 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $1,690.00 |
| Account No: 90124900<br>CERVECERIA INDIA INC<br>C/O LCDO PADIN MIMOSO<br>PO BOX 195337<br>SAN JUAN, PR  00919-5337 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $798.00 |
| Account No: 201306 0<br>COCA COLA PUERTO RICO<br>C/O LCDO PADIN MOMOSO<br>PO BOX 195337<br>SAN JUAN, PR  00919-5337 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $2,938.00 |
| | | | (Total of this page)  Subtotal ⇒ | | | | $29,600.00 |
| | | | Total ⇒ | | | | N/A |

6    continuation sheet(s) attached



In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Case No.

Chapter   7

Social Security Nos.:   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
                       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

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: 10052<br>COLOMER & SUAREZ INC<br>PO BOX 30081<br>PONCE, PR  00734-0081 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $368.00 |
| Account No: 2983<br>COOP JUANA DIAZ<br>BOX 1439<br>JUANA DIAZ, PR  00795-1439 | X | J | Date Incurred:<br>Consideration for Claim:<br>PERSONAL LOAN | | | | $11,126.00 |
| Account No: 2366<br>COOP JUANA DIAZ<br>BOX 1439<br>JUANA DIAZ, PR  00795-1439 | X | J | Date Incurred:<br>Consideration for Claim:<br>PERSONAL LOAN | | | | $18,499.00 |
| Account No: 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<br>CORP FONDO DEL SEGURO DEL ESTADO<br>PO BOX 365028<br>SAN JUAN, PR  00936-5028 | | J | Date Incurred:<br>Consideration for Claim:<br>WORKERS LIABILITY INSURANCE | | | | $3,650.00 |
| Account No: 210087958-350450<br>DEBT MANAGEMENT SERV CENTER (TRFM)<br>PO BOX 830794<br>BIRMINGHAM, AL  35283-0794 | | J | Date Incurred:<br>Consideration for Claim:<br>DEBTS TO THE GOVERNMENT | | | | $7,750.00 |
| Claim Representative<br>US TRUSTEE<br>OCHOA BLDG<br>500 CALLE TANCA<br>SAN JUAN, PR  00901-1922 | | | Representing:<br>DEBT MANAGEMENT SERV CENTER (TRFM) | | | | |
| Account No: 66043-6721<br>DEPARTAMENTO DE HACIENDA<br>PO BOX 9022501<br>SAN JUAN, PR  00902-2501 | | J | Date Incurred:<br>Consideration for Claim:<br>UNEMPLOYMENT PREMIUMS | | | | $68,700.00 |
| Account No: 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<br>DEPARTAMENTO DE HACIENDA<br>PO BOX 9022501<br>SAN JUAN, PR  00902-2501 | | J | Date Incurred:<br>Consideration for Claim:<br>INCOME TAXES | | | | $6,800.00 |

(Total of this page)  Subtotal ⇒   **$116,893.00**

Total ⇒   N/A

5   continuation sheet(s) attached



In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Case No.

Chapter    7

Social Security Nos.:    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
                         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
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: 2573070006<br>DEPTO DEL TRABAJO<br>EDIF PRUDENCIO MARTINEZ<br>505 AVE M RIVERA<br>HATO REY, PR 00918 | | J | Date Incurred:<br>Consideration for Claim:<br>UMEMPLOYMENT PREMIUMS | | | | $30,968.00 |
| Account No:<br>EDWIN COLON "COLMADO COLON"<br>52 CALLE MUÑOZ RIVERA<br>VILLALBA, PR 00766 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $650.00 |
| Account No: A00278<br>EFRAIN NUÑEZ INC<br>PO BOX 191478<br>SAN JUAN, PR 00919-1478 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $2,379.00 |
| Account No: 2387<br>EMPRESAS MALDONADO<br>PO BOX 851<br>JUANA DIAZ, PR 00795 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $9,148.00 |
| Account No:<br>ENRIQUE ZANCHEZ MALDONADO<br>C/O GARAGE TEXACO<br>CALLE PRINCIPAL URB LA VEGA<br>VILLALBA, PR 00766 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $19,600.00 |
| Account No: 4506930080001364<br>EUROBANK<br>PO BOX 5447<br>HATO REY, PR 00919 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT CARD PURCHASES | | | | $710.00 |
| Account No: 590797623 6<br>FCNB PREFERRED CHARGE<br>PO BOX 2650<br>PORTLAND, OR 97208 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $650.00 |
| Account No: R-121<br>GARAGE MARTINEZ<br>PO BOX 1413<br>JUANA DIAZ, PR 00795 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $1,672.00 |
| | | | | (Total of this page) Subtotal ⇨ | | | $65,777.00 |
| | | | | Total ⇨ | | | N/A |

4    continuation sheet(s) attached



In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Case No.

Chapter    7

Social Security No.:    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
                        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

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: 06-06855<br>HELAPAN<br>BOX 362213<br>SAN JUAN, PR 00936-2213 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $2,691.00 |
| Account No: 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<br>IRS<br>MERCANTIL PLAZA 10TH FLOOR<br>2 PONCE DE LEON PDA 27 1/2<br>SAN JUAN, PR 00919-5369 | | J | Date Incurred:   1996-1997<br>Consideration for Claim:<br>FUTA & FICA | | | | $85,000.00 |
| Account No: 30977<br>ISLAND FINANCE CORP<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 | | J | Date Incurred:<br>Consideration for Claim:<br>PERSONAL LOAN | | | | $2,900.00 |
| Account No: 89811<br>ISLAND FINANCE CORP<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 | | J | Date Incurred:<br>Consideration for Claim:<br>PERSONAL LOAN | | | | $2,900.00 |
| Account No: 183016357 0<br>J C PENNEYS<br>P O BOX 364788<br>SAN JUAN, PR 00936-4788 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT CARD PURCHASES | | | | $868.00 |
| Account No: 109940073637<br>JEWELERS FIN SER ZALE CORP<br>PO BOX 9722<br>GRAY, TN 37615-9722 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT CARD PURCHASES | | | | $2,554.00 |
| Account No:<br>JOSE A. RODRIGUEZ<br>PO BOX 10141<br>PONCE, PR 00732 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $438.00 |
| Account No:<br>JOSE A. RODRIGUEZ CINTRON<br>115 A. CALLE COMERCIO<br>JUANA DIAZ, PR 00795 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $3,625.00 |

                                            [Total of this page]    Subtotal ⇒     **$100,976.00**

                                                         Total ⇒     N/A

3    continuation sheet(s) attached



In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Case No.

Chapter  7

Social Security No.:   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
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

Debtors

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: L-041<br>JULIAN TIRE SERVICE<br>C 100<br>COTO LAUREL, PR  00780 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $1,050.00 |
| Account No: 010000284<br>KOOLIE DE PR<br>PO BOX 363341<br>SAN JUAN, PR  00936-3341 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $2,310.00 |
| Account No:<br>KWAN WONG<br>72 CALLE COMERCIO<br>JUANA DIAZ, PR  00795 | | I | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $1,950.00 |
| Account No:<br>LUIS MARRERO<br>URB LAS DELICIAS<br>H1 VIVAS VALDIVIESO<br>PONCE, PR  00731 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $631.00 |
| Account No: G-00697<br>MAYA FOOD SERVICE INC<br><br>PO BOX 3927<br>SAN JUAN, PR  00902 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $998.00 |
| Account No: 2724<br>MELENDEZ ICE PLANT<br>PO BOX 993<br>COTO LAUREL, PR  00780 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $2,724.00 |
| Account No: 46775<br>MENDEZ & CO INC<br>C/O LCDO PADIN MIMOSO<br>PO BOX 195337<br>SAN JUAN, PR  00919-5337 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $3,019.00 |
| Account No:<br>MUNICIPIO DE JUANA DIAZ<br><br>JUANA DIAZ, PR  00795 | | J | Date Incurred:<br>Consideration for Claim:<br>MUNICIPAL PATENTS | | | | $17,689.00 |
| | | | (Total of this page)  Subtotal ⇨ | | | | $30,371.00 |
| | | | Total ⇨ | | | | N/A |

2    continuation sheet(s) attached



In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES**
**TORRES - RODRIGUEZ**

Case No.

Chapter    7

Social Security Nos.:    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
                         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

Debtors

# SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No:<br>PAS ADVERRTISING<br>LA RAMBLA<br>307 MARGINAL SUITE 372<br>PONCE, PR  00731 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $394.00 |
| Account No:<br>PED FOOD DISTRIBUTORS INC<br>C/O LCDO PADIN MIMOSO<br>PO BOX 195337<br>SAN JUAN, PR  00919-5337 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $569.00 |
| Account No:<br>PEPSI COLA DE PR BOTTLING CO<br>PO BOX 191709<br>SAN JUAN, PR  00919-1709 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $1,054.00 |
| Account No: 127<br>POETA LUMBER<br>PO BOX 927<br>JUANA DIAZ, PR  00795 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $701.00 |
| Account No:<br>PUERTO RICO TELEPHONE CO<br>PO BOX 360998<br>SAN JUAN, PR  00936-0998 | | J | Date Incurred:<br>Consideration for Claim:<br>Utility bills | | | | $2,321.00 |
| Account No: 2433<br>PURATOS<br>PO BOX 919<br>CAROLINA, PR  00984-1949 | | I | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $1,037.00 |
| Account No: 3095<br>RED STAR DE PR<br>PO BOX 3428<br>CAROLINA, PR  00984-3428 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $1,458.00 |
| Account No: 9593627742856<br>SEARS<br>PAYMENT CENTER PR<br>PO BOX 105491<br>ATLANTA, GA  30348-5491 | | I | Date Incurred:<br>Consideration for Claim:<br>CREDIT CARD PURCHASES | | | | $8,025.00 |

|  | (Total of this page)  Subtotal ⇒ | $15,559.00 |
|---|---|---|
| 1    continuation sheet(s) attached | Total ⇒ | N/A |



In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Case No.

Chapter   7

Social Security Nos.:    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
                               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

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No: 0401584001<br>STATE CHEMICAL SALES CO<br>PO BOX 29474<br>RIO PIEDRAS, PR 00919-5337 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $765.00 |
| Account No: 40550000<br>SUIZA DAIRY<br>C/O LCDO PADIN MIMOSO<br>PO BOX 195337<br>SAN JUAN, PR 00919-5337 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $40,204.00 |
| Account No:<br>TAINO PAPER<br>PO BOX 1047<br>BAYAMON, PR 00960-1047 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $2,940.00 |
| Account No: 996104686 3<br>THE ASSOCIATES FINANCE<br>DEPTO DE QUIEBRAS 111 CARR 174<br>SUITE 2 MINILLAS IND PARK<br>BAYAMON, PR 00959-1910 | | J | Date Incurred:<br>Consideration for Claim:<br>PERSONAL LOAN | | | | $2,071.00 |
| Account No: 0051800005<br>TROPIC JUICE<br>1 AVE FLAMBOYAN<br>COTO LAUREL, PR 00780 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $448.00 |
| Account No:<br>TROPIGAS DE PR<br>PO BOX 11427<br>SAN JUAN, PR 00910-2527 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $3,442.00 |
| Account No: 189969<br>V. SUAREZ & CO<br>C/O LCDO PADIN MIMOSO<br>PO BOX 195337<br>SAN JUAN, PR 00919-5337 | | J | Date Incurred:<br>Consideration for Claim:<br>CREDIT | | | | $559.00 |
| | | | | | (Total of this page) | Subtotal ⇨ | $50,429.00 |
| | | | | | | Total ⇨ | $430,957.00 |

0    continuation sheet(s) attached

In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES**
**TORRES - RODRIGUEZ**

Case No.

Chapter 7

Social Security No.: 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
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

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e. "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |



In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Case No.

Chapter   7

Social Security No.:   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
                           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

Debtors

# SCHEDULE  H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR. | NAME AND ADDRESS OF CREDITOR |
|---|---|
| CARLOS PAGAN | COOP JUANA DIAZ<br>BOX 1439<br>JUANA DIAZ, PR  00795-1439 |
| CARLOS RABASSA ORTIZ | COOP JUANA DIAZ<br>BOX 1439<br>JUANA DIAZ, PR  00795-1439 |
| CARMEN MARTINEZ NATAL | COOP JUANA DIAZ<br>BOX 1439<br>JUANA DIAZ, PR  00795-1439 |
| JULIA I. COLON | COOP JUANA DIAZ<br>BOX 1439<br>JUANA DIAZ, PR  00795-1439 |



In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Case No.

Chapter 7

Social Security No.: 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
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

Debtors

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|---|
| | NAMES | | AGE | RELATIONSHIP |
| Married | **None** | | | |

### EMPLOYMENT

| | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | PLANT MANAGER | **None** |
| Name of Employer | PONCE ROCK PRODUCTS | |
| How long employed | 1 year | |
| Address of Employer | PO BOX 330589 | |
| | PONCE, PR 00733-0589 | |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly.) | $1,950.00 | $0.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| SUBTOTAL | $1,950.00 | $0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $433.33 | $0.00 |
| b. Insurance | $0.00 | $0.00 |
| c. Union dues | $0.00 | $0.00 |
| d. Other (Specify) : | $0.00 | $0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $433.33 | $0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $1,516.67 | $0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| Social security or other government assistance (Specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (Specify) | $0.00 | $0.00 |
| TOTAL MONTHLY INCOME | $1,516.67 | $0.00 |

TOTAL COMBINED MONTHLY INCOME    $1,516.67    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
None

___0___ continuation sheet(s) attached

In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES TORRES - RODRIGUEZ**

Case No.

Chapter     7

Social Security No.:   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
                       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

Debtors

# SCHEDULE  J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | | | |
|---|---|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | | | | $0.00 |
| Are real estate taxes included? | Yes | | No | X | |
| Is property insurance included? | Yes | | No | X | |
| Utilities   Electricity and heating fuel | | | | | $102.67 |
| Water and sewer | | | | | $28.00 |
| Telephone | | | | | $75.00 |
| Other :    CABLE TV | | | | | $80.00 |
| CELL PHONE | | | | | $100.00 |
| Home maintenance (repairs and upkeep) | | | | | $0.00 |
| Food | | | | | $250.00 |
| Clothing | | | | | $110.00 |
| Laundry and dry cleaning | | | | | $43.00 |
| Medical and dental expenses | | | | | $70.00 |
| Transportation (not including car payments) | | | | | $135.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | | | | $50.00 |
| Charitable contributions | | | | | $0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | | | |
| Homeowner's or renter's | | | | | $0.00 |
| Life | | | | | $343.00 |
| Health | | | | | $0.00 |
| Auto | | | | | $0.00 |
| Other : | | | | | $0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | | | |
| Specify : | | | | | $0.00 |
| Installment payments: (In Chapter 12 and 13 cases, do not list payments to be included in the plan) | | | | | |
| Auto | | | | | $0.00 |
| Other : | | | | | $0.00 |
| Alimony, maintenance, and support paid to others | | | | | $0.00 |
| Payments for support of additional dependents not living at your home | | | | | $0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | | | $0.00 |
| Other :    LUNCHES | | | | | $150.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | | | | $1,536.67 |

**[FOR CHAPTER 12 AND 13 DEBTORS ONLY]**

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income

B. Total projected monthly expenses

C. Excess income (A minus B)

D. Total amount to be paid into plan each _____

                                    (Interval)

0    continuation sheet(s) attached



# United States Bankruptcy Court
### JUDICIAL DISTRICT OF PUERTO RICO
### SOUTHWESTERN

In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES**  Case No. _____
**TORRES - RODRIGUEZ**                                                                        (If Known)

Debtors

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 3 | $2,100.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Non Priority Claims | Yes | 8 | | $430,957.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,516.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,536.67 |
| Total Number of Sheets in All Schedules ⇨ | | 19 | | | |
| Total Assets ⇨ | | | $2,100.00 | | |
| Total Liabilities ⇨ | | | | $430,957.00 | |



# UNITED STATES BANKRUPTCY COURT
## JUDICIAL DISTRICT OF PUERTO RICO
### SOUTHWESTERN

In re:                                                      Chapter 7

ERICK RAFAEL RENTAS - SANTIAGO
Social Security No.: 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               Case Number: _____
RAQUEL MERCEDES TORRES - RODRIGUEZ
Social Security No.: 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
Debtors

## Declaration Under Penalty of Perjury by Individual / Joint Debtor

We declare under penalty of perjury that we have read the foregoing summary and schedules, consisting of 20 sheets, and they are true and correct to the best of our knowledge, information and belief.

Date: _October 07-03_     Signature: _____

                                ERICK RAFAEL RENTAS - SANTIAGO

Date: _October 07-03_     Signature: _____

                                RAQUEL MERCEDES TORRES - RODRIGUEZ

---

### Certification and Signature of Non - Attorney Bankruptcy Petition Preparer ( See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____      _____

Print or Typed Name of Bankruptcy Petition Preparer      Social Security Number

_____
_____

Address                      Tel . No.

Name and Social Security Number of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____      _____

Signature of Bankruptcy Petition Preparer          Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment ot both. 11 U.S.C. § 110, 18 U.S.C. § 156.

---

## Declaration Under Penalty of Perjury on Behalf of Corporation or Partnership

I, _____, _____ of the _____, named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 20 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____
                                 Name: _____
                                 Title: _____

# UNITED STATES BANKRUPTCY COURT
## JUDICIAL DISTRICT OF PUERTO RICO
### SOUTHWESTERN

In re: **ERICK RAFAEL RENTAS - SANTIAGO and**
**RAQUEL MERCEDES TORRES - RODRIGUEZ**
Social Security No.: 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
Social Security No.: 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

Case No. _____

## Statement Of Financial Affairs

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

"IN BUSINESS." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 pecent or more of the voting equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"INSIDER." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**None**
**[ ]**

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | Amount | Source (if more than one) | Year | Fiscal Year |
|---|---|---|---|---|
| | $0.00 | | 2002 | 2002 |
| H | $4,500.00 | PONCE ROCK PRODUCTS | 2003 | 2003 |

---

**None**
**[X]**

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source (if more than one) | Year |
|--------|---------------------------|------|
|        |                           |      |

**None**
**[X]**

**3. Payments to creditors**

A. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|------------------------------|-------------------|-------------|--------------------|
|                              |                   |             |                    |

**None**
**[X]**

B. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---------------------------------------------------------|-----------------|-------------|--------------------|
|                                                         |                 |             |                    |

**None**
**[X]**

**4. Suits and administrative proceedings, executions, garnishments and attachments**

A. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---------------------------------|----------------------|------------------------------|-----------------------|
|                                 |                      |                              |                       |

**None**
**[X]**

B. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
|-----------------------------------------------------------------|-----------------|----------------------------------|
|                                                                 |                 |                                  |

**None**
**[X]**

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
| --- | --- | --- |

**None**
**[X]**

**6. Assignments and receiverships**

A. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
| --- | --- | --- |

**None**
**[X]**

B. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court, Case Title & Number | Date of Order | Description and Value of Property |
| --- | --- | --- | --- |

**None**
**[X]**

**7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
| --- | --- | --- | --- |

| None [X] | **8. Losses** | | |
|---|---|---|---|

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of Circumstances and, If Loss was Covered in Whole or in Part By Insurance, Give Particulars | Date Of Loss |
|---|---|---|

---

| None [X] | **9. Payments related to debt counseling or bankruptcy** |
|---|---|

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if Other Than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|

---

| None [X] | **10. Other transfers** |
|---|---|

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|

---

| None [X] | **11. Closed financial accounts** |
|---|---|

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type and Number of Account and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|

---

**None**
**[X]**

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Name and Addresses of Those With Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|

**None**
**[X]**

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|

**None**
**[ ]**

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|
| HUMBERTO TORRES RODRIGUEZ | MERCEDES BENZ 300SE 1991 $7,900.00 | URB. SAN MARTIN B7 CALLE 1 JUANA DIAZ PR 00795 |
| LCDO PABLO LANDRAU | VOLVO 940 LS 1991 $4,000.00 | URB SAN MARTIN B7 CALLE 1 JUANA DIAZ |

**None**
**[X]**

**15. Prior address of debtor**

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
|---|---|---|

**None**
**[X]**

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**Name**  RAQUEL M. TORRES-RODRIGUEZ

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**None**
**[X]**

A. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

**None**
**[X]**

B. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

**None**
**[X]**

C. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|

None
[X]

**18. Nature, location and name of business**

A. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| Name | Taxpayer I.D. Number | Address | Nature of Business | Beginning and Ending Dates |
|------|------|------|------|------|

None
[X]

B. Identify any business listed in response to subdivision A., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
|------|------|

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date _October 07-2003_  
Signature of Debtor  
ERICK RAFAEL RENTAS - SANTIAGO

Date _October -07-2003_  
Signature of Joint Debtor, (if any)  
RAQUEL MERCEDES TORRES - RODRIGUEZ

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____  Signature _____

Print Name and Title _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____  _____  
Printed or Typed Name of Bankruptcy Petition Preparer   Social Security Number

_____  
_____  
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____  _____  
Signature of Bankruptcy Petition Preparer   Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.

In re: **ERICK RAFAEL RENTAS - SANTIAGO and RAQUEL MERCEDES**
**TORRES - RODRIGUEZ**

Case No.

Chapter   7

Social Security No.:  **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**
Debtors               **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**

# INDIVIDUAL DEBTOR'S STATEMENT OF INTENTIONS

1. We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. We intend to do the following with respect to the property of the estate which secures those consumer debts:

| Property to be Surrendered | |
|---|---|
| **Description of Property** | **Creditor's Name** |
| **None** | |

| Property to be Retained | | | | |
|---|---|---|---|---|
| **Description of Property** | **Creditor's Name** | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. §722 | Debt will be reaffirmed pursuant to 11 U.S.C. §524(c) |
| **None** | | | | |

Date: _OCTOBER 07-2003_

Signed: _[signature]_
ERICK RAFAEL RENTAS - SANTIAGO

_[signature]_
RAQUEL MERCEDES TORRES - RODRIGUEZ

0   continuation sheet(s) attached

# UNITED STATES BANKRUPTCY COURT
## JUDICIAL DISTRICT OF PUERTO RICO
### SOUTHWESTERN

In re:

ERICK RAFAEL RENTAS - SANTIAGO
Social Security No.: 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
RAQUEL MERCEDES TORRES - RODRIGUEZ
Social Security No.: 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
Debtors

Chapter 7

Case Number: _____

## Disclosure of Compensation of Attorney for Debtor

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept............................................................. $675.00
   Prior to the filing of this statement I have received.............................................. $675.00
   Balance Due............................................................................................... $0.00

2. The source of the compensation paid to me was:
   [X] Debtor [ ] Other (specify)

3. The source of compensation to be paid to me is:
   [X] Debtor [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

   e. Other:

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.
Date: *OCTOBER 07-2003*

_____
Signature of Attorney
Amado A. Pereira-Santiago
Amado A. Pereira law Office

ALMACEN BELFORD RAMIREZ
C/O LCDO DARIO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337

372686192601009
AMERICAN EXPRESS
PO BOX 114
NEWARK NJ 07101-1270

D-1805
AMPA FOOD SALES INC
PO BOX 8991
PONCE PR 00732

40-45-19517
BALLESTER HERMANOS
C/O LCDO DARIO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337

500139081346289 2
BANCO POPULAR
CARD PRODS DIVISION
PO BOX 70100
SAN JUAN PR 00936

08998019002
BANCO POPULAR DE PR   (MORTGAGES)
P O BOX 362708
SAN JUAN PR 00936-2708

4506820030023768
BANCO SANTANDER
GPO BOX 362589
SAN JUAN PR 00936-2589

BEEPERS TELEFONICA
PO BOX 70366
SAN JUAN PR 00936

000142 D
BFI OF PONCE INC
PO BOX 7104
PONCE PR 00732

03-11171

```
3715
BISMARK TRADING INC
PO BOX 192198
HATO REY PR 00919


61720
BORDE PUERTO RICO
C/O LCDO PADIN MOMOSO
PO BOX 195337
SAN JUAN PR 00919-5337


90124900
CERVECERIA INDIA INC
C/O LCDO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337


201306 0
COCA COLA PUERTO RICO
C/O LCDO PADIN MOMOSO
PO BOX 195337
SAN JUAN PR 00919-5337


10052
COLOMER & SUAREZ INC
PO BOX 30081
PONCE PR 00734-0081


2983
COOP JUANA DIAZ
BOX 1439
JUANA DIAZ PR 00795-1439


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
CORP FONDO DEL SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN PR 00936-5028


210087958-350450
DEBT MANAGEMENT SERV CENTER (TRFM)
PO BOX 830794
BIRMINGHAM AL 35283-0794


66043-6721
DEPARTAMENTO DE HACIENDA
PO BOX 9022501
SAN JUAN PR 00902-2501
```

2573070006
DEPTO DEL TRABAJO
EDIF PRUDENCIO MARTINEZ
505 AVE M RIVERA
HATO REY PR 00918


EDWIN COLON  "COLMADO COLON"
52 CALLE MUÑOZ RIVERA
VILLALBA PR 00766


A00278
EFRAIN NUÑEZ INC
PO BOX 191478
SAN JUAN PR 00919-1478


2387
EMPRESAS MALDONADO
PO BOX 851
JUANA DIAZ PR 00795


ENRIQUE ZANCHEZ MALDONADO
C/O GARAGE TEXACO
CALLE PRINCIPAL URB LA VEGA
VILLALBA PR 00766


4506930080001364
EUROBANK
PO BOX 5447
HATO REY PR 00919


590797623 6
FCNB PREFERRED CHARGE
PO BOX 2650
PORTLAND OR 97208


R-121
GARAGE MARTINEZ
PO BOX 1413
JUANA DIAZ PR 00795


06-06855
HELAPAN
BOX 362213
SAN JUAN PR 00936-2213

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
IRS
MERCANTIL PLAZA  10TH FLOOR
2 PONCE DE LEON PDA 27 1/2
SAN JUAN PR 00919-5369


30977
ISLAND FINANCE CORP
PO BOX 195369
SAN JUAN PR 00919-5369


183016357 0
J C PENNEYS
P O BOX 364788
SAN JUAN PR 00936-4788


109940073637
JEWELERS FIN SER ZALE CORP
PO BOX 9722
GRAY TN 37615-9722


JOSE A. RODRIGUEZ
PO BOX 10141
PONCE PR 00732


JOSE A. RODRIGUEZ CINTRON
115 A. CALLE COMERCIO
JUANA DIAZ PR 00795


L-041
JULIAN TIRE SERVICE
C 100
COTO LAUREL PR 00780


010000284
KOOLIE DE PR
PO BOX 363341
SAN JUAN PR 00936-3341


KWAN WONG
72 CALLE COMERCIO
JUANA DIAZ PR 00795

LUIS MARRERO
URB LAS DELICIAS
H1 VIVAS VALDIVIESO
PONCE PR 00731


G-00697
MAYA FOOD SERVICE INC
PO BOX 3927
SAN JUAN PR 00902


2724
MELENDEZ ICE PLANT
PO BOX 993
COTO LAUREL PR 00780


46775
MENDEZ & CO INC
C/O LCDO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337


MUNICIPIO DE JUANA DIAZ
JUANA DIAZ PR 00795


PAS ADVERRTISING
LA RAMBLA
307 MARGINAL SUITE 372
PONCE PR 00731


PED FOOD DISTRIBUTORS INC
C/O LCDO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337


PEPSI COLA DE PR BOTTLING CO
PO BOX 191709
SAN JUAN PR 00919-1709


127
POETA LUMBER
PO BOX 927
JUANA DIAZ PR 00795

PUERTO RICO TELEPHONE
PO BOX 360998
SAN JUAN PR 00936-0998


2433
PURATOS
PO BOX 919
CAROLINA PR 00984-1949


3095
RED STAR DE PR
PO BOX 3428
CAROLINA PR 00984-3428


9593627742856
SEARS
PAYMENT CENTER PR
PO BOX 105491
ATLANTA GA 30348-5491


0401584001
STATE CHEMICAL SALES CO
PO BOX 29474
RIO PIEDRAS PR 00919-5337


40550000
SUIZA DAIRY
C/O LCDO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337


TAINO PAPER
PO BOX 1047
BAYAMON PR 00960-1047


996104686 3
THE ASSOCIATES FINANCE
DEPTO DE QUIEBRAS  111 CARR 174
SUITE 2 MINILLAS IND PARK
BAYAMON PR 00959-1910


0051800005
TROPIC JUICE
1 AVE FLAMBOYAN
COTO LAUREL PR 00780

TROPIGAS DE PR
PO BOX 11427
SAN JUAN PR 00910-2527


189969
V. SUAREZ & CO
C/O LCDO PADIN MIMOSO
PO BOX 195337
SAN JUAN PR 00919-5337

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CASHIER 3

03-11171

**IN THE MATTER OF:**

03 OCT -9 PM 4: 03

ERICK RAFAEL RENTAS SANTIAGO
RAQUEL MERCEDES TORRES RODRIGUEZ

BANKRUPTCY COURT
FOR THE DISTRICT OF
PUERTO RICO

CASE NUMBER _____

CHAPTER 7

**DEBTOR**

\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE TO DEBTOR OF FILING A PETITION IN BANKRUPTCY UNDER CHAPER 7

Upon the filing of the instant petition, the items checked were not submitted to the Court:

(   )     Signature (Upon filing)

(   )     Master address list (Upon filing)

(   )     Master address list in Diskette (Upon filing)

(   )     List of creditors (Upon filing)

(   )     Social Security Number and/or Employer ID Number (Upon filing)

(   )     Statement disclosing compensation paid or to be paid to the attorney for the debtor
Must be submitted upon filing or within 15 days or any other date set by the Court 11 U.S.C.329 and Rule 2016 (b), Fed. R Bankr. P.

(   )     Declaration under penalty of perjury onnbehalf of the corporation or partnership. (Upon filing) (Official form 2)

(   )     Schedules (Must be submitted with the petition or within 15 days)

(   )     Statement of financial affairs (Official Form 7)
(Must be submitted with the petition or within 15 days. Rule 1007 (b) & (c)

You are hereby notified that upon failure to file any of the above indicated documents within the prescribed period of time specified herein, the Court may enter an order of dismissal without further notice or hearing.

OCT 0 9 2003

In San Juan, Puerto Rico, this _____.

BY ORDER OF THS COURT
CELESTINO MATTA-MENDEZ

By: _____

Deputy Clerk